UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN CARY,

        Plaintiff,

        Case Number 24-10191
        Honorable David M. Lawson

v.

BRIAN HUTTENLOCKER and DETECTIVE EASTER,

        Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S *PRO SE* MOTION FOR SUMMARY JUDGMENT

On January 24, 2024, Bryan Allen Cary, a prisoner presently incarcerated at the State of Michigan's Gus Harrison Correctional Facility, filed his *pro se* complaint alleging violations of his constitutional rights by multiple defendants, including Jackson County Sheriff's Department officers, state parole officials, the Michigan State Police, and the Federal Bureau of Investigation. On March 22, 2024, attorney Thomas W. Cranmer was assigned to represent the plaintiff *pro bono publico* in this matter. However, on March 8, 2024, plaintiff Cary acting on his own initiative filed a motion for summary judgment. The Court will dismiss the plaintiff's motion without prejudice to renewal of the issues presented by the plaintiff's assigned counsel in appropriate.

Accordingly, it is **ORDERED** that the plaintiff's motion for summary judgment (ECF No. 13) is **DISMISSED WITHOUT PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: April 30, 2024